**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Angel Rodrigo Mahon,<br><br>　　　　　　Defendant. | No. CR-09-01040-006-PHX-GMS<br><br>**ORDER** |

The Court conducted a Preliminary Revocation Hearing and Detention Hearing on February 4, 2025.

The Court has considered the testimony of the witness, United States Probation Supervisor Leslie Cooper; the exhibits admitted into evidence; the file; and all information proffered by counsel.

With regard to the Petition for Warrant to Revoke Supervised Release filed November 14, 2024 (Doc. 650), the Court finds that the Government has met its burden of proof. Probable cause exists that Allegations A and B were committed and that the defendant committed Allegations A and B as set forth in the Petition.

The Court further finds that the Defendant has failed to meet his burden of proof regarding the issue of detention. Defendant has failed to establish by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of any other person or the community if released pursuant to Rule 46(d), and Rule 32.1(a)(6), Federal Rules of Criminal Procedure, and 18 U.S.C. § 3143.

**IT IS ORDERED** detaining the Defendant pending further revocation proceedings.

**IT IS FURTHER ORDERED** affirming the Admit/Deny Hearing set for **February 20, 2025 at 10:15 a.m.** before Magistrate Judge Michael T. Morrissey in Courtroom 304.

Dated this 5th day of February, 2025.

_____
Honorable Eileen S. Willett
United States Magistrate Judge